ACCEPTED
03-15-00248-CV
7328213
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/12/2015 11:12:48 AM
JEFFREY D. KYLE
CLERK

## No. 03-15-00248-CV

———————————————————

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/12/2015 11:12:48 AM
JEFFREY D. KYLE
Clerk

———————————————————

BRIGHAM EXPLORATION COMPANY, BEN M. BRIGHAM,
DAVID T. BRIGHAM, HAROLD D. CARTER, STEPHEN C. HURLEY,
STEPHEN P. REYNOLDS, HOBART A. SMITH, SCOTT W. TINKER,
STATOIL ASA, and FARGO ACQUISITION, INC.
*Appellants*,

vs.

RAYMOND BOYTIM, et al., INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,
*Appellees.*

———————————————————

### NOTICE OF APPEARANCE OF COUNSEL

———————————————————

Appeal from the 261st Judicial District Court of Travis County, Texas
Trial Court No. D-1-GN-11-003205
The Honorable Lora Livingston, Presiding

———————————————————

MICHAEL D. MARIN
State Bar No. 00791174
BOULETTE GOLDEN & MARIN L.L.P.
2801 Via Fortuna Drive, Suite 530
Austin, TX  78746
Telephone:  512/732-8900
512/732-8905 (fax)
mmarin@boulettegolden.com
*Liaison Counsel*

RANDALL J. BARON
DAVID T. WISSBROECKER
STEVEN M. JODLOWSKI
ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

SAMUEL H. RUDMAN
MARK S. REICH
MICHAEL G. CAPECI
ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

*Class Counsel for Appellees*

KENDALL LAW GROUP, LLP
JOE KENDALL
DANIEL HILL
JAMIE J. McKEY
3232 McKinney Avenue, Suite 700
Dallas, TX  75204
Telephone:  214/744-3000
214/744-3015 (fax)

THE BRISCOE LAW FIRM, PLLC
WILLIE C. BRISCOE
8150 N. Central Expressway, Suite 1575
Dallas, TX  75206
Telephone:  214/239-4568
281/254-7789 (fax)

DUNNAN & DUNNAM LLP
HAMILTON LINDLEY
4125 West Waco Drive (76710)
P.O. Box 8418
Waco, TX  76714-8418
Telephone:  254/753-6437
254/753-7434 (fax)

BRODSKY & SMITH, LLC
EVAN J. SMITH
MARC ACKERMAN
Two Bala Plaza, Suite 602
Bala Cynwyd, PA  19004
Telephone:  610/667-6200
610/667-9029 (fax)

LEVI & KORSINSKY, LLP
SHANE T. ROWLEY
30 Broad Street, 24th Floor
New York, NY  10004
Telephone:  212/363-7500
866/367-6510 (fax)

KOHN, SWIFT & GRAF, P.C.
DENIS F. SHEILS
One South Broad Street, Suite 2100
Philadelphia, PA  19107-3389
Telephone:  215/238-1700
215/238-1968 (fax)

THE WEISER LAW FIRM, P.C.
PATRICIA C. WEISER
JAMES M. FICARO
22 Cassatt Avenue
Berwyn, PA  19312
Telephone:  610/225-2677
610/408-8062 (fax)

RYAN & MANISKAS, LLP
KATHARINE M. RYAN
RICHARD A. MANISKAS
995 Old Eagle School Road, Suite 311
Wayne, PA  19087
Telephone:  484/588-5516
484/450-2582 (fax)

KELLY N. REDDELL
THE REDDELL FIRM PLLC
100 Highland Park Village, Suite 200
Dallas, Texas 75205
Telephone:  214/295-3031

***Additional Counsel for Appellees***

Plaintiffs-Appellees Raymond Boytim, Hugh Duncan, Robert Fioravanti, Walter Schwimmer, the Edward J. Goodman Life Income Trust and the Edward J. Goodman Generation Skipping Trust, Jeffrey Whalen, Howard Weissberg, Michael Ohler, Ryan Ohler and Walter Ohler, Jr. (collectively, "Plaintiffs-Appellees") file this Notice of Appearance of Michael D. Marin, Randall J. Baron, David T. Wissbroecker and Steven M. Jodlowski.

Michael D. Marin of the law firm of Boulette, Golden & Marin L.L.P., and Randall J. Baron, David T. Wissbroecker and Steven M. Jodlowski of the firm Robbins Geller Rudman & Dowd LLP, shall serve as counsel for Plaintiffs-Appellees in the above-captioned matter:

> Michael D. Marin
> Texas State Bar No. 00791174
> BOULETTE, GOLDEN & MARIN L.L.P.
> 2801 Via Fortuna, Suite 530
> Austin, Texas 78746
> Telephone: 512-732-8924
> Facsimile: 512-732-8905
>
> Randal J. Baron
> David T. Wissbroecker
> Steven M. Jodlowski
> ROBBINS GELLER RUDMAN & DOWD LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> (619) 231-1058 Telephone
> (619) 231-7423 Facsimile

Please record the appearance of Mr. Marin, Mr. Baron, Mr. Wissbroecker, and Mr. Jodlowski and on behalf of Plaintiffs-Appellees in the appropriate records of the Court.

DATED: October 12, 2015

Respectfully submitted,

BOULETTE GOLDEN & MARIN L.L.P.
MICHAEL D. MARIN
Texas Bar #00791174


                    /s/ Michael D. Marin
                MICHAEL D. MARIN

2801 Via Fortuna Drive, Suite 530
Austin, TX 78746
Telephone: 512/732-8900
512/732-8905 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARK S. REICH
MICHAEL G. CAPECI
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON
DAVID T. WISSBROECKER
STEVEN M. JODLOWSKI
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Class Counsel for Plaintiffs-Appellees

KENDALL LAW GROUP, LLP
JOE KENDALL
DANIEL HILL
JAMIE J. McKEY
3232 McKinney Avenue, Suite 700
Dallas, TX  75204
Telephone:  214/744-3000
214/744-3015 (fax)

THE BRISCOE LAW FIRM, PLLC
WILLIE C. BRISCOE
8150 N. Central Expressway, Suite 1575
Dallas, TX  75206
Telephone:  214/239-4568
281/254-7789 (fax)

DUNNAN & DUNNAM LLP
HAMILTON LINDLEY
4125 West Waco Drive (76710)
P.O. Box 8418
Waco, TX  76714-8418
Telephone:  254/753-6437
254/753-7434 (fax)

BRODSKY & SMITH, LLC
EVAN J. SMITH
MARC ACKERMAN
Two Bala Plaza, Suite 602
Bala Cynwyd, PA  19004
Telephone:  610/667-6200
610/667-9029 (fax)

LEVI & KORSINSKY, LLP
SHANE T. ROWLEY
30 Broad Street, 24th Floor
New York, NY  10004
Telephone:  212/363-7500
866/367-6510 (fax)

KOHN, SWIFT & GRAF, P.C.
DENIS F. SHEILS
One South Broad Street, Suite 2100
Philadelphia, PA  19107-3389
Telephone:  215/238-1700
215/238-1968 (fax)

THE WEISER LAW FIRM, P.C.
PATRICIA C. WEISER
JAMES M. FICARO
22 Cassatt Avenue
Berwyn, PA  19312
Telephone:  610/225-2677
610/408-8062 (fax)

RYAN & MANISKAS, LLP
KATHARINE M. RYAN
RICHARD A. MANISKAS
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: 484/588-5516
484/450-2582 (fax)

KELLY N. REDDELL
THE REDDELL FIRM PLLC
100 Highland Park Village, Suite 200
Dallas, Texas 75205
Telephone: 214/295-3031

Additional Counsel for Plaintiffs-Appellees

## CERTIFICATE OF COMPLIANCE

This notice complies the typeface requirements of Tex. R. App. P. 9.4(c) because it has been prepared in Microsoft Word using 14-point typeface for body text and 12-point typeface for footnotes.

/s/ Michael D. Marin
MICHAEL D. MARIN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document will be electronically filed using a certified Electronic Filing Service Provider, which will send electronic notification of such filing to the following counsel of record on the 12th day of October 2015, or alternatively, a copy will be sent via e-mail and U.S. Mail, to the parties listed in the attached service list.

/s/ Michael D. Marin
MICHAEL D. MARIN

**COUNSEL FOR DEFENDANT(S)**

Timothy R. McCormick
Michael W. Stockham
Timothy E. Hudson
Thompson & Knight LLP
1722 Routh Street, Suite 1500
Dallas, TX  75201-2533
   Telephone:  214/969-1700
   214/969-1751 (fax)
   Email:
       timothy.mccormick@tklaw.com;
    michael.stockham@tklaw.com;
    tim.hudson@tklaw.com

Karl S. Stern
Michael C. Holmes
Vinson & Elkins L.L.P.
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
   Telephone:  713/758-2222
   713/758-2346 (fax)
   Email:  kstern@velaw.com;
   mholmes@velaw.com

Thomas S. Leatherbury
Vinson & Elkins L.L.P.
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX  75201-2975
   Telephone:  214/220-7792
   214/999-7792
   Email:  tleatherbury@velaw.com

Debora B. Alsup
Danley Cornyn
Thompson & Knight LLP
98 San Jacinto Blvd., Suite 1900
Austin, TX  78701
   Telephone:  512/469-6100
   512/469-6180 (fax)
   Email:  debora.alsup@tklaw.com;
      danley.cornyn@tklaw.com

Jennifer B. Poppe
Travis Wimberly
Vinson & Elkins, L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746
   Telephone:  512/542-8400
   512/542-8612 (fax)
   Email:  jpoppe@velaw.com;
      twimberly@velaw.com

BRIGHAM EXPLORATION
Service List – 10/12/2015 <sup>(11-0184)</sup>

**COUNSEL FOR PLAINTIFF(S)**

Michael D. Marin
Boulette Golden & Marin LLP
2801 Via Fortuna Drive, Suite 530
Austin, TX 78746
   Telephone:  512/732-8900
   512/732-8905 (fax)
   Email:  mmarin@boulettegolden.com

Shane T. Rowley
Levi & Korsinsky, LLP
30 Broad Street, 24th Floor
New York, NY  10004
   Telephone:  212/363-7500
   866/367-6510 (fax)
   Email:  srowley@zlk.com

Joe Kendall
Daniel Hill
Jamie J. McKey
Kendall Law Group, LLP
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
   Telephone:  214/744-3000
   214/744-3015 (fax)
   Email:jkendall@kendalllawgroup.com;
   dhill@kendalllawgroup.com;
   jmckey@kendalllawgroup.com

Evan J. Smith
Marc L. Ackerman
Brodsky & Smith, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
   Telephone:  610/667-6200
   610/667-9029 (fax)
   Email:  esmith@brodsky-smith.com;
      mackerman@brodsky-smith.com

Hamilton Lindley
Dunnan & Dunnam LLP
4125 West Waco Drive (76710)
P.O. Box 8418
Waco, TX  76714-8418
   Telephone:  254/753-6437
   254/753-7434 (fax)
   Email: hlindley@dunnamlaw.com

Denis F. Sheils
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107-3389
   Telephone:  215/238-1700
   215/238-1968 (fax)
   Email:  dsheils@kohnswift.com

BRIGHAM EXPLORATION
Service List – 10/12/2015   (11-0184)

Samuel H. Rudman
Mark S. Reich
Michael G. Capeci
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY 11747
    Telephone:  631/367-7100
    631/367-1173 (fax)
    Email:  srudman@rgrdlaw.com;
        mreich@rgrdlaw.com;
        mcapeci@rgrdlaw.com


Randall J. Baron
David T. Wissbroecker
Steven M. Jodlowski
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
    Telephone:  619/231-1058
    619/231-7423 (fax)
    Email:  rbaron@rgrdlaw.com;
        dwissbroecker@rgrdlaw.com;
        sjodlowski@rgrdlaw.com


Patricia C. Weiser
James M. Ficaro
The Weiser Law Firm, P.C.
22 Cassatt Avenue
Berwyn, PA 19312
    Telephone:  610/225-2677
    610/408-8062 (fax)
    Email:  pw@weiserlawfirm.com;
        jmf@weiserlawfirm.com


Katharine M. Ryan
Richard A. Maniskas
Ryan & Maniskas, LLP
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
    Telephone:  484/588-5516
    484/450-2582 (fax)
    Email:  kryan@rmclasslaw.com;
        rmaniskas@rmclasslaw.com


Kelly N. Reddell
The Reddell Firm PLLC
100 Highland Park Village, Suite 200
Dallas, Texas 75205
    Telephone:  214/295-3031
    Email:  kelly@reddell-law.com


Willie C. Briscoe
The Briscoe Law Firm
8150 N. Central Expressway, Suite 1575
Dallas, TX 75206
    214/239-4568
    281/254-7789(Fax)
    Email:
    wbriscoe@thebriscoelawfirm.com